UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY,<br><br>　　　　Defendants. | No. 2:13-cv-0641 DAD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se. On January 13, 2014, the court dismissed this action for failure to state a cognizable claim. The court advised plaintiff at that time that a writ of habeas corpus is his sole remedy by which to attack in federal court his state court criminal conviction and sentence. Plaintiff has since filed a motion for a stay of this action. It is not clear whether plaintiff had the benefit of the court's January 13, 2014 order when he filed his motion for a stay. However, for the reasons discussed therein, the court will also deny plaintiff's motion for a stay. Moreover, plaintiff is advised that if he files future documents in this closed case, the court will disregard them.

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a stay (Doc. No. 11)
2   is denied.
3   Dated:  February 3, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john0641.closed